Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–952. GROUP LIFE & HEALTH INSURANCE CO. ET AL. *v.* ROYAL DRUG CO., INC., ET AL., 440 U. S. 205;

No. 77–1163. FRIEDMAN ET AL. *v.* ROGERS ET AL., 440 U. S. 1;

No. 77–1186. TEXAS OPTOMETRIC ASSN., INC. *v.* ROGERS ET AL., 440 U. S. 1;

No. 77–1337. NEVADA ET AL. *v.* HALL ET AL., 440 U. S. 410;

No. 78–733. POE *v.* MITCHELL, 440 U. S. 908;

No. 78–784. MORENO *v.* UNITED STATES, 440 U. S. 908;

No. 78–788. ESQUIRE, INC. *v.* RINGER, REGISTER OF COPYRIGHTS, 440 U. S. 908;

No. 78–791. GREENBLATT *v.* UNITED STATES, 440 U. S. 909;

No. 78–809. WALTON *v.* SMALL BUSINESS ADMINISTRATION, 440 U. S. 901;

No. 78–819. FROMMHAGEN *v.* UNITED STATES, 440 U. S. 909;

No. 78–871. SHANNON *v.* WATERHOUSE ET AL., EXECUTORS, 440 U. S. 911;

No. 78–970. ROWLETT ET AL. *v.* UNITED STATES, 440 U. S. 935;

No. 78–1083. KORNIT *v.* BOARD OF EDUCATION OF PLAINVIEW-OLD BETHPAGE SCHOOL DISTRICT, PLAINVIEW, NEW YORK, 440 U. S. 936;

No. 78–5648. FINNEGAN *v.* WASHINGTON, 440 U. S. 919;

No. 78–5744. LEVY *v.* UNITED STATES, 440 U. S. 920;

No. 78–5810. TURNER ET AL. *v.* JONES ET AL., 440 U. S. 962;

No. 78–5890. MCFERRAN *v.* ENLARGED CITY SCHOOL DISTRICT OF TROY, NEW YORK, 440 U. S. 923; and

No. 78–5929. LORENTZEN *v.* BOSTON COLLEGE, 440 U. S. 924. Petitions for rehearing denied.